UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KEVIN DESRUISSEAUX,
*Individually and for Others
Similarly Situated,*
    Plaintiffs,

v.

Case No.: 8:25-cv-3282-KKM-AEP

AMBITRANS MEDICAL
TRANSPORT, INC.,
    Defendant.
_____

**ORDER**

    Kevin Desruisseaux erroneously filed this action against Ambitrans Medical Transport in the Tampa Division of the Middle District of Florida. *See* Local Rule 1.04(b) ("A party must begin an action in the division to which the action is most directly connected or in which the action is most conveniently advanced."). Desruisseaux appears to have mistakenly filed this complaint with the wrong courthouse. The complaint lists the court as the "Fort Myers Division" of the "Middle District of Florida." Compl. (Doc. 1). Likewise, the complaint affirms that "Venue is proper because Ambitrans maintains its principal place of business in Charlotte County, Florida, which is in this District and Division." *Id.* at 2. In fact, Charlotte County is in the Fort Myers Division. Local Rule 1.04(a). As a result, I "must transfer the action" to the Fort Myers Division. *See id.* at 1.04(b) (when a party begins an action in the

wrong division, "the judge must transfer the action to the division to which the action is most directly connected or in which the action is most conveniently advanced").

Accordingly, the Clerk is **DIRECTED** to transfer this action to the United States District Court for the Middle District of Florida, Fort Myers Division.

**ORDERED** in Tampa, Florida on December 5, 2025.

Kathryn Kimball Mizelle
United States District Judge